UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

OLALEKAN PETER OLUFEMI

     Plaintiff,

     v.                                CASE NO.: 8:05-cv-01798-EAK-TBM

YOUR CARE CLINICS, LLC.,
a Florida Limited Liability Corporation,
and MILIND SHASTRI, Individually,

     Defendants.
_____/

**PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS, DEFENSES,**
**AND AFFIRMATIVE DEFENSES**

     Pursuant to the Federal and Local Rules of Federal Procedure, Plaintiff, Counter

Defendant OLALEKAN PETER OLUFEMI ("OLUFEMI"), responds, by corresponding number

to the numbered paragraphs of Defendant's counterclaim in the above referenced matter.

1.     Unknown, therefore denied.

2.     Denied.

3.     Admitted.

4.     Admitted that Defendant accurately quotes paragraph 11.1 of the Physician Employment

Agreement.  OLUFEMI denies the remaining allegations of Paragraph 4.

5.     Admitted.

6.     Denied.

7.     Denied.

8.     Denied.

9.     Denied.

10.     Denied.

11.     Denied.

12.     Denied.

## COUNT I

13.     OLUFEMI repeats its responses to paragraphs 1-12 as if set forth herein in full.

14.     Denied.

15.     Denied.

16.     Denied.

OLUFEMI denies the unnumbered WHEREFORE clause following Paragraph 16 of

Defendant's counterclaim and further denies that Defendant is entitled to any relief, whatsoever.

## COUNT II

17.     OLUFEMI repeats its responses to paragraphs 1-16 as if set forth herein in full.

18.     Denied.

19.     Denied.

20.     Denied.

21.     Denied.

22.     Denied.

23.     Denied.

OLUFEMI denies the unnumbered WHEREFORE clause following Paragraph 16 of

Defendant's counterclaim and further denies that Defendant is entitled to any relief, whatsoever.

**OLUFEMI denies each and every allegation not specifically admitted herein.**

## DEFENSES AND AFFIRMATIVE DEFENSES

1.      OLUFEMI states that Defendant-Counter Plaintiff's claims are barred by the doctrine of waiver.

2.      OLUFEMI states that Defendant-Counter Plaintiff's claims fail as a matter of law because Defendant-Counter Plaintiff's failed to satisfy all conditions precedent prior to asserting such claims.

3.      OLUFEMI states that Defendant-Counter Plaintiff's claims are barred by the doctrine of estoppel.

4.      OLUFEMI  states that Defendant-Counter Plaintiff's claims are barred by the doctrine of "accord and satisfaction."

5.      OLUFEMI states that Defendant-Counter Plaintiff's claims are barred by the doctrine of "unclean hands."

6.      OLUFEMI states that Defendant-Counter Plaintiff's claims are barred by the doctrine of laches.

7.      OLUFEMI states that Defendant-Counter Plaintiff's claims because Defendant Counter Plaintiff consented to OLUFEMI's purported actions.

8.      OLUFEMI states that Defendant-Counter Plaintiff's claims are  barred because Defendant-Counter Plaintiff acquiesced to OLUFEMI purported actions.

9.      All or part of Defendant-Counter Plaintiff's claims are barred by the applicable statute of limitations.

10.      Defendant-Counter Plaintiff failed and/or refused to mitigate its damages.

11.      Defendant-Counter Plaintiff has not suffered any damages.

12.      Defendant-Counter Plaintiff's claims are barred by the statute of frauds.

13.     Defendant-Counter Plaintiff breached the agreement at issue first thereby relieving Plaintiff of any further obligations under the agreement.

14.     The Agreement is overly broad and unreasonable in time and scope and therefore, is unenforceable under Florida law.

15.     Defendant-Counter Plaintiff has not, and cannot, show that it has been irreparably damaged as a result of Plaintiff's purported breach of the Agreement.

16.     OLUFEMI reserves the right to add additional defenses and affirmative defenses as this case proceeds.

WHEREFORE, OLUFEMI respectfully requests that this Court dismiss with prejudice Defendant-Counter Plaintiff's counterclaims in full, tax costs against Defendant-Counter Plaintiff, and in favor of OLUFEMI, and reserve jurisdiction to consider a timely filed motion for attorneys' fees.

Respectfully submitted,

**/s RICHARD CELLER**
Richard Celler, of Counsel
FL Bar No.:  0173370
MORGAN & MORGAN, P.A.
284 S. University Drive
Fort Lauderdale, Fl. 33324
Tel: 877-435-9243
Fax: 954-333-3515
E-mail: Richard@cellerlegal.com

Trial Counsel for Plaintiffs

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that I filed a true and correct copy of the foregoing using the CM/ECF Filing system this <u>13th</u> day of February 2006, which shall provide a copy to  Henry Stein, Attorney for Defendants, at The Stein Law Group P.A., 1607 Dr. Martin Luther King Jr (9th) St N., Suite A, Saint Petersburg, Florida, 33704.

**<u>/S RICHARD CELLER</u>**
RICHARD CELLER